FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASEY ALLEN GREER (2),<br><br>Defendant. | No. 2:23-CR-00074-MKD-2<br><br>**PROTECTIVE ORDER** |

On May 27, 2025, the Court held a sentencing hearing. ECF No. 218. Defendant Casey Allen Greer (2) was represented by Brooke Hagara. Assistant United States Attorneys Ann Wick and Laurel Holland represented the United States. The United States moved for a protective order prohibiting Defendant from contacting the minor victim, S.S., and S.S.'s family members while Defendant is incarcerated. Defendant indicated he does not object to the requested order.

Absent any objection from Defendant, and based on the circumstances of this case, the nature of Defendant's offenses, and S.S.'s rights, as a crime victim, to be reasonably protected from Defendant and to dignity and privacy, the Court

ORDER - 1

grants the United States' motion under its inherent authority to protect the administration of justice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' unopposed Motion for a Protective Order is **GRANTED**.

2. Defendant Casey Allen Greer (2) is hereby prohibited from contacting S.S. or members of S.S.'s family, either directly, indirectly, or through third parties, except through counsel as necessary for his defense in legal proceedings related to his offenses, convictions, and sentence in this case.

3. Counsel for the United States shall arrange for a copy of this order to be served upon Defendant Casey Allen Greer (2) and file a proof of service.

4. Counsel for the United States shall also provide a copy of this order to S.S.'s legal guardian.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

DATED May 28, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2